IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEDRICK L. PUTNEY, SR.**     **PLAINTIFF**
**#664552**

v.     Case No. 4:24-cv-00233-LPR

**TAD HUNTSMAN,** *Investigator,*
*Sheriff Dept.*, **et al.**     **DEFENDANTS**

## ORDER

Plaintiff Stedrick L. Putney, Sr., an inmate in custody at the Southwest Arkansas Community Correction Center, filed a *pro se* Complaint under 42 U.S.C. § 1983 alleging that he was wrongly convicted.[1] Based on the facts alleged and the Defendants named, it appears that venue properly lies in the United States District Court for the Western District of Arkansas.[2] Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas.[3]

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 18th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] 28 U.S.C. § 1391(b).

[3] *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").